## IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID HARLAN LAVERS,
                Appellant,

vs.

AMAZON, INC.; AMAZON.COM, INC.;
AMAZON.COM SERVICES, LLC;
AMAZON.COM NV INVESTMENT
HOLDINGS, LLC; AND TRIPLE K
TRAILER COURT, INC.,
                Respondents.

No. 83180

FILED

MAR 15 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____ S. Young
         DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This is an appeal from a district court order denying a motion to add party and reopen discovery and granting a motion to strike request for trial de novo. Eighth Judicial District Court, Clark County; Nadia Krall, Judge.

On September 23, 2021, this court issued a notice directing appellant to file the docketing statement by October 14, 2021, a transcript request form by October 7, 2021, and an opening brief or informal brief for pro se parties on or before January 21, 2022. When appellant failed to file the docketing statement or a transcript request form, this court issued an order on December 21, 2021, directing appellant to file the docketing statement and a transcript request form within 7 days. The order cautioned appellant that failure to comply could result in the dismissal of this appeal as abandoned. To date, appellant has failed to file those documents or to otherwise communicate with this court. Additionally, appellant has failed

22-08206

to file the opening brief or informal brief. Accordingly, this court concludes that appellant has abandoned this appeal and

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

cc: Hon. Nadia Krall, District Judge
David Harlan Lavers
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP/Las Vegas
Kravitz Schnitzer Johnson Watson & Zeppenfeld, Chtd.
Eighth District Court Clerk